UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PAL, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY OF THE UNITED STATES, et al.,<br><br>Defendants. | No.  2:21-cv-01580-MCE-DB<br><br>**ORDER** |

This action was initiated on September 1, 2021, and, on June 2, 2022, this Court issued the following Minute Order:

> The court's review of this action reveals no indication defendants United States Customs and Border Protection Agency of the United States, Department of Homeland Security, and the City of Modesto Police Department have been served with the Complaint, as required by the Initial Pretrial Scheduling Order. Federal Rule of Civil Procedure 4(m) authorizes the court to dismiss an action where service has not been effectuated within those time parameters. Plaintiffs are thus ordered to show cause why this action should not be dismissed for failure to prosecute or to comply with the applicable rules. See Fed. R. Civ. P. 41(b). Plaintiffs' counsel is directed to file a response, in writing, not later than 6/17/2022. Failure to file a response will result in dismissal of this action, with prejudice and without further notice.

ECF No. 6. No response has been filed. Accordingly, this action is hereby DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

DATED: June 29, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE