## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**HARI PAL JR., ET AL.,**

v.　　　　　　　　　　　　　　　　CASE NO: **2:21−CV−01580−MCE−DB**

**UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY OF THE UNITED STATES, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/29/2022**

　　　　　　　　　　　　　　　　　**Keith Holland**
　　　　　　　　　　　　　　　　　Clerk of Court

ENTERED: **June 30, 2022**

　　　　　　　　　　　　by: /s/ E. Rodriguez
　　　　　　　　　　　　　　　Deputy Clerk